UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA :<br><br>v. :<br><br>DONALD MCWHIRTER, :<br><br>Defendant. : | Case No.24-cr-280 |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Donald McWhirter, through his attorney, Rizwan Qureshi, hereby respectfully submit this Joint Status Report.

1. On June 10, 2024, Defendant Donald McWhirter was charged by criminal Information with one count of bribery, in violation of 18 U.S.C. § 201(b)(2). On July 18, 2024, Defendant appeared before this Court and entered a guilty plea pursuant to a cooperation plea agreement.

2. As the Court is aware, two of Defendant's co-conspirators have entered a guilty plea to one count of bribery before this Court: Patricia Bailey on October 11, 2023, *see United States v. Patricia Bailey*, 23-cr-336 (APM), and Duane King on September 27, 2023, *see United States v. Duane King*, 23-cr-319 (APM).

3. On June 11, 2024, another of Defendant's co-conspirators, Dana Garnett, was indicted on one count of bribery and two counts of wire fraud. *See United States v. Dana Garnett*, 24-cr-281 (APM). Defendant Garnett had an initial status hearing before this Court on August 19, 2024. During the initial status hearing, the Government explained that a superseding indictment was likely forthcoming. This Court set a trial date for January 27, 2025.

4. The Government's investigation remains ongoing. The Government continues to take investigatory steps related to the investigation and explores the question of whether to supersede the current indictment.

5. The Government will likely call Defendant as a witness at trial.

6. Accordingly, Defendant King's case is not yet ripe for sentencing and will not be ripe until the Government's investigation is complete. That investigation is likely to culminate in an additional indictment and potential trial. The Government intends to file additional status reports at the Court's direction, unless the Court prefers a different course of action.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By */s/Christopher R. Howland*
    Christopher R. Howland (D.C. Bar No. 1016866)
    Assistant United States Attorney
    Fraud, Public Corruption, & Civil Rights
    601 D Street, NW
    Washington, DC  20530
    Tel:  202.252.7106
    Christopher.Howland@usdoj.gov

    Rizwan Qureshi, Esq.
    Counsel for Defendant Donald McWhirter
    Reed Smith LLP
    1301 K Street, N.W.
    Suite 1000-East Tower
    Washington, D.C. 20004
    rqureshi@reedsmith.com